

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2018

No. 04-16-00589-CR

Anthony George **NELSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2179
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant has filed a motion to vacate, challenging, again, his conviction. However, our opinion and judgment in this appeal issued on June 11, 2017. A motion for rehearing was therefore due fifteen days later, and a motion for extension of time to file the motion for rehearing was due within fifteen days of the deadline for filing the motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. Because no timely motion for rehearing was filed, our plenary power to change or modify our opinion and judgment expired sixty days after we issued our opinion and judgment. *See id.* R. 19.1(a), 19.3. The motion for rehearing was not filed until June 14, 2018. We lack jurisdiction to consider the motion for rehearing. Accordingly, the motion for rehearing is dismissed for want of jurisdiction. *See Sanchez v. State*, 376 S.W.3d 767, 769 (Tex. Crim. App. 2012) (op. on reh'g) (dismissing out of time motion for rehearing for want of jurisdiction).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court